AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WDIG MOBILE, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11 Civ. 3472 (JSR) |
| DIGITAL COMMUNICATION WAREHOUSE INC. | ) |
| *Defendant* | ) |

12 mc-61

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/4/11.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 02/17/2012

CLERK OF COURT

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WDIG MOBILE, LLC,

    Petitioner,

– and –

DIGITAL COMMUNICATION
WAREHOUSE INCORPORATED,

    Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 12
DATE FILED: 10/4/11

Case No. 11 Civ. 3472 (JSR)

ECF CASE  # 11,1909

**DEFAULT JUDGMENT**

    This action having been commenced on May 20, 2011 by the filing of the Summons and Petition to Confirm Arbitration Award, and a copy of the Summons and Petition to Confirm Arbitration Award having been served on Respondent by serving Kim Thompson, office manager for respondent Digital Communication Warehouse, Inc., on June 22, 2011, at the address 484 Leverington Avenue, Philadelphia, PA 19128, by the United States Marshals Service, and proof of such service thereof was filed on July 22, 2011, and an additional copy of the Summons and Petition having been served on Respondent by personally serving Stuart LaCheen, president of Respondent Digital Communication Warehouse, Inc., on August 15, 2011, at the address 519 Conshohocken State Road, Narberth, PA 19072, by private process server, and proof of such service thereof was filed on August 24, 2011, and the Respondent not having answered the Petition, and the time for answering the Petition having expired, it is

    ORDERED, ADJUDGED AND DECREED that the Petitioner have judgment against Respondent in the amount of $1,036,834.61, plus post-judgment interest at the lawful rate of .08% calculated from the date of judgment up through and including the

- 2 -

date of payment, and requiring Respondent to remove Petitioner's intellectual property from all Disney Mobile equipment prior to use or sale.

Dated: October 3, 2011
New York, New York

_____
Judge Jed S. Rakoff

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/4/11

- 3 -

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
      Deputy Clerk