APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WDIG MOBILE, LLC            :      CIVIL ACTION
                                 :
           v.                      :
                                   :
DIGITAL COMMUNICATION      :      NO.    2:12-mc-00061-UJ
WAREHOUSE INC

### ORDER

AND NOW, this         Day of             , 20    , it is hereby

ORDERED that the application of <u>Rachel Schwartz</u> , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

     ☐    GRANTED.

     ☐    DENIED.

_____

                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

    I,   Rachel Schwartz                the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 11/20/1995 | 2712990 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 3/26/1996 | 4372 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 9/14/1999 | 4372 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    WDIG MOBILE, LLC

_____
(Applicant's Signature)

May 21, 2012
_____
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schwartz & Thomashower LLP
15 Maiden Lane, # 705
New York, NY 10038
212-227-4300

Sworn and subscribed before me this

21st Day of May, 200 12

*Carla Sereny*

Notary Public

CARLA E. SERENY
Notary Public, State of New York
No. 02SE6164248
Qualified in Westchester County
Commission Expires July 20, 2015

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Rachel Schwartz_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Lathrop B. Nelson, III | | 03/24/2003 | 88254 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery, McCracken, Walker & Rhoads, LLP

123 S. Broad Street, Philadelphia, PA  19103

215-772-7473

Sworn and subscribed before me this

23th Day of May, 2012

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CECELIA J. ORR, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 26, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WDIG MOBILE, LLC          :     CIVIL ACTION
                                 :
           v.              :
                                   :
DIGITAL COMMUNICATION      :
WAREHOUSE INC            :     NO.    2:12-mc-00061-UJ

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Rachel Schwartz_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Digital Communication Warehouse Inc. _____

117 Cornell Road _____

Bala Cynwyd, PA 19004 _____

_____
Signature of Attorney

Lathrop B. Nelson, III_____
Name of Attorney

WDIG Mobile, LLC_____
Name of Moving Party

05/23/2012_____
Date