IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WDIG Mobile, LLC, | Civil Action |
| Plaintiff, | 2:12-mc-00061-MSG |
| v. | (Original Docket No. 11-Civ-3472 (SDNY)) |
| Digital Communication Warehouse, Inc., | |
| Defendant. | |

## PRAECIPE FOR WRIT OF EXECUTION

**TO THE CLERK:**

**ISSUE WRIT OF EXECUTION** in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, against judgment debtor Digital Communications Warehouse Inc. and against garnishee Stuart Lacheen 519 Conshohocken State Rd Narberth, PA 19072, and index this writ against judgment debtor Digital Communication Warehouse, Inc. and garnishee Stuart Lacheen as a lis pendens against property of the judgment debtor in the name of the garnishee, as follows:

All sums due Digital Communication Warehouse, Inc. from garnishee. All personal or real property in garnishee's possession, custody or control owned directly or beneficially by Digital Communication Warehouse, Inc., or in which Digital Communication Warehouse, Inc. has an interest, including any property for which garnishee holds legal and/or equitable title beneficially or is holding as a trustee or a fiduciary. All accounts, certificates of deposit, notes receivables, collateral, pledges, documents of title, securities, coupons and/or safe deposit boxes in garnishee's possession, custody or control owned directly or beneficially by Digital

<u>Communication Warehouse, Inc., or in which Digital Communication Warehouse, Inc. has an interest, including any accounts for which garnishee is an authorized signatory and/or holds legal and/or equitable title beneficially or is holding as a trustee or a fiduciary.</u>

       Amount Due:      $ 1,036,834.61

    Plus interest from October 3, 2011 through date of payment at .08%

Dated: May 25, 2012    By: _____
              Michael Hayes
              Ryan Anderson
              PA Attorney ID Nos. 84985 and 200512
              Montgomery, McCracken,
               Walker & Rhoads, LLP
              123 South Broad Street
              Philadelphia, PA  19109
              (215) 772-7211
              mhayes@mmwr.com; randerson@mmwr.com

              *Attorneys for Plaintiff WDIG Mobile, LLC*